**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x

ITALO MARTINEZ,

Plaintiff,

-against-

348 EAST 110 REALTY, LLC and
348 CHOPPED CHEESE DELICIOUS CORPORATION,

Defendants.

--------------------------------------------------------------------------------x

Index No.: 1:26-cv-01545-ER

**ORDER TO VACATE DEFAULT AND FOR LEAVE TO FILE LATE ANSWER**

Upon consideration of the Letter-Motion filed by Defendant 348 CHOPPED CHEESE DELICIOUS CORPORATION to vacate the entry of default and for leave to file a late Answer, and noting that Plaintiff does not oppose the requested relief, it is hereby **ORDERED** as follows:

1. The entry of default against Defendant 348 CHOPPED CHEESE DELICIOUS CORPORATION is hereby vacated.
2. Defendant 348 CHOPPED CHEESE DELICIOUS CORPORATION is granted leave to serve and file a late Answer to the Complaint.
3. Defendant 348 CHOPPED CHEESE DELICIOUS CORPORATION shall serve and file its Answer within fourteen (14) days of the Court's issuance of this Order.
4. The pending application for default judgment as to Defendant 348 CHOPPED CHEESE DELICIOUS CORPORATION is denied.
5. Except as expressly provided herein, all other rights, claims, defenses, objections, affirmative defenses, counterclaims, crossclaims, and third-party claims are expressly preserved.

SO ORDERED.
Dated: July 23, 2026



______________________________
**Hon. Edgardo Ramos**
United States District Judge